

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LVB-OGDEN MARKETING LLC,

Plaintiff,

v.

DAVID S BINGHAM, et al.,

Defendants.

18-128 TSZ

ORDER

THIS MATTER comes before the Court on Plaintiff's Ex Parte Application for Writ of Execution, docket no. 1. Having reviewed all papers filed in support of the application, the Court enters the following order.

NOW, THEREFORE, the Court hereby ORDERS that the Clerk of the Court issue the "Writ of Execution" attached hereto.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 18th day of January, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1